UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America

        Plaintiff(s),

v.

Waseem Alam

        Defendant(s).
_____/

Case No. 15-20351

Judge Sean F. Cox

Magistrate Judge Mona K. Majzoub

## NOTICE OF APPEAL

Notice is hereby given that __Defendant Waseem Alam__ appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment ☑ Order

☐ Other: _____

entered in this action on __April 8, 2020__.

Date: April 9, 2020

Counsel is: CJA

s/Michael R. Dezsi

P64530
Law Office of Michael R. Dezsi, PLLC
615 Griswold St., Suite 1410
Detroit, MI 48226
313-879-1206
mdezsi@dezsilaw.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.