# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 10, 2020

Mr. Michael R. Dezsi
Law Office
615 Griswold Street
Suite 1410
Detroit, MI 48226

Mr. Andrew Goetz
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Ms. Claire Sobczak
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, DC 20005

 Re: Case No. 20-1298, *USA v. Waseem Alam*
 Originating Case No. : 2:15-cr-20351-2

Dear Counsel:

 The Court issued the enclosed Order today in this case. A separate briefing letter will issue.

 Sincerely yours,

 s/Amy E. Gigliotti on behalf of Jill Colyer
 Case Manager
 Direct Dial No. 513-564-7013

cc: Mr. David J. Weaver

Enclosure

No. 20-1298

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Apr 10, 2020
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| WASEEM ALAM, ) | |
| ) | |
| Defendant-Appellant. ) | |

Defendant appeals the district court's denial of his emergency motion for compassionate release under 18 U.S.C. §3582(c). Defendant moves for expedited briefing and an expedited decision in this appeal. The government responds.

The motion to expedite briefing is GRANTED. The government shall file an appellee brief by April 16, 2020. The defendant may file an optional reply brief. Upon completion of briefing, the case will be submitted to the court at the earliest practicable date that the court's calendar permits.

The decisions to hold oral argument or not and whether to expedite the issuance of a decision are reserved to the ultimate merits panel that will be assigned this case for disposition.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk