UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.                                   Case No. 2:15-cr-20351-SFC-MKM
                                      Hon. Sean F. Cox

Waseem Alam, et al.,

        Defendant(s),

## ORDER REQUIRING RESPONSE

The defendant, Waseem Alam, has filed the following document:

    Motion for Release from Custody – #339

IT IS HEREBY ORDERED that the Government shall file a response to the above document on or before June 2, 2020.

                                      s/Sean F. Cox
                                      Sean F. Cox
                                      U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                  By: s/J. McCoy
                                      Case Manager

Dated:  May 27, 2020