UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                    Case No. 15-20351

Waseem Alam,                  Sean F. Cox
                                          United States District Court Judge

    Defendant.
_____/

## ORDER REQUIRING REPLY

On May 27, 2020, Defendant Waseem Alam filed a second motion for compassionate release. (ECF No. 339). The Government filed a response. (ECF No. 342). In addition to opposing Alam's motion on the merits, the Government argues that this Court lacks jurisdiction to consider Alam's motion because the United States Court of Appeals for the Sixth Circuit has not yet returned its mandate in Alam's appeal of the Court's denial of his first motion for compassionate release.

The Court has reviewed Alam's motion and the Government's response, and concludes that a reply would aid the decisional process. The Court **ORDERS** Alam to file a reply **on or before June 10, 2020**. The Court is specifically interested in Alam's response to the Government's jurisdictional arguments, but Alam is not limited in any way from advancing any other appropriate arguments in his reply. Alam's reply brief shall be **no longer than 10 pages**.

    **IT IS SO ORDERED**.

                                                    s/Sean F. Cox
                                                    Sean F. Cox
                                                    United States District Judge

Dated: June 4, 2020